UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Bridgette Adams,

       Plaintiff,                          Case No. 06-15224

v.                                                  Hon. Nancy G. Edmunds

Bridgewater Interiors, et. al.,

       Defendants.
_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

This matter has come before the Court on the Magistrate Judge's Report and Recommendation. Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. It is further ordered that Defendant Andre Nichols is hereby DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 4(m).

      SO ORDERED.

                                      s/Nancy G. Edmunds
                                      Nancy G. Edmunds
                                      United States District Judge

Dated: December 19, 2007

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 19, 2007, by electronic and/or ordinary mail.

                                        s/Carol A. Hemeyer
                                      Case Manager